No. 374. UNITED STATES NATUROPATHIC ASSN., LTD. ET AL. *v.* CHIROPRACTIC LEAGUE OF CALIFORNIA ET AL. Motion to dismiss submitted

September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of jurisdiction. Section 238, Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 938); § 266 Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 938); *Stratton* v. *St. Louis S. W. Ry.*, 282 U. S. 10, 15–16. *Mr. George P. Sakis* for appellants. *Mr. U. S. Webb* for appellees.